UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
OCT - 4 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Civil Case Number: _____

**YVES-GABRIEL PRESSOIR**
(Write the full name of the plaintiff)

vs.

**BROWARD COUNTY SHERIFF'S OFFICE**

_____

_____

(Write the full name of the defendant/s in this case)

### COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: **YVES-GABRIEL PRESSOIR**
Address: **201 S.E. 6TH STREET, FT. LAUDERDALE FL. 33301**
Inmate/Prison No.: **132101088**

MAILING ADDRESS:
MAIN JAIL BUREAU
P.O. BOX 9356
FT. LAUDERDALE, FL. 33310

Year of Birth: **1986** (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs. **BROWARD COUNTY SHERIFF'S OFFICE**

B. Defendant: **"WITHHELD FROM ME"** Defendant: **Ms. PARISH**   Ms. McGEE
{CAMERA WILL REVEAL}                        CORRECTIONAL            CORRECTIONAL
Official Position: **SERGEANT {BSO}** Official Position: **OFFICER - {BSO}**   OFFICER {BSO}
                   BROWARD COUNTY                          BROWARD COUNTY     BROWARD COUNTY
Place of Employment: **MAIN JAIL**   Place of Employment: **MAIN JAIL**        MAIN JAIL

(Write the full name of each defendant, official position and place of employment. Attach a    THREATENED
separate page if you need additional space for additional defendants.)                          MY LIFE ON
                                                                                                9-23-2021

"NOTICE": THERE ARE A FEW OTHER NAMES BUT DATES, TIMES, AND CAMERA
FOOTAGE WILL BE ABLE TO PIN-POINT WHOM!!!

"CAMERA FOOTAGE": OF GB WING-3- ON 8-23-2021- 7:30PM-10:30PM / 7D1 WING
                                                              10:30AM-11:30AM

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① ON AUGUST 23RD, 2021 I WAS "SEXUALLY VIOLATED" BY A "BSO" (BROWARD SHERIFF OFFICER) SERGEANT (WHOSE NAME I DON'T KNOW, AS STAFF-PERSONNEL REFUSED TO TELL ME, ALTHOUGH CAMERA FOOTAGE WILL REVEAL WHOM!) AS HE CONDUCTED A PAT SEARCH IN MY CELL IN A PROVOKING, AND AGGRESSIVE MANNER, HE "GROPED"/"PALMED" MY BUTT ON HIS WAY OUT OF MY 6B3-13 CELL UPON EXITING WITH HIS CREW OF OFFICERS IN SUIT. AS I WILL GIVE A "FULL"-VIVID RECOLLECTION AS TO WHAT TRANSPIRED AND LED TO THIS IN THE NEXT COUPLE PAGES. — "SEE ATTACHED" →

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① FIRE AND PLACE IN CUSTODY TO FACE "SEXUAL ASSAULT" CHARGES! ② COMPENSATION OF $250,000 FOR ALL THE PAIN, SUFFERING, ASSAULT, THREATS, TORMENT AND ONGOING UNJUST BEHAVIOR TOWARDS ME. ③ AQUITTAL OR DROP CURRENT CHARGES, OR ④ HOUSED OUTSIDE OF JAIL TO DEAL WITH CHARGES, RENDERING TRUE SAFETY. AS POOR TREATMENT CONTINUES, AND THREATS AT MY LIFE MADE. MOST RECENT TODAY 9-23-2021 Ms. McGEE 7D1 BETWEEN HOURS OF 10:30AM-11:30AM. (CAMERA WILL SHOW EXACTLY WHOM)

# II. STATEMENT OF CLAIM

"PAGE" 

First and foremost, before I continue on to give you a full-vivid recollection of what exactly transpired, and led to me being "__Sexually Violated__" by Broward Sheriff's Office staff-personnel while being housed in GB3-cell #13; - I would like to denote the fact that I've called the "__PREA__" - {__Prison-Rape-Elimination-Act__} Hotline the next day and left a brief synopsis only to render an "Institutional" investigation in which I submitted a full detailed report a month ago to no avail.; - As its clearly evident that the Broward County Sheriff's Office staff-personnel seem to all be in cahootz towards "sweeping" this serious above mentioned situation "under the rug" as they do many illegal and unconstitutional situations in which they tend to continuously get away with. {__NOTICE:__ I've also contacted Broward Inspector General of this too.} As I begin, On August 23rd 2021, correctional officer Ms. Parish began her overtime double-shift of 3PM-11PM, as she just concluded her regular morning shift from 7AM-3PM. Everything seemed to be going normal at first. As Ms. Parish conducted her door to door medication rounds with nurse-personnel, "2" rooms/cells had their cell door window covered up. Ms. Parish "casually" advised them to take it down. Cell #8 & #10 advised Ms. Parish that they had covered it up because a homosexual was just out for their hour. "__NEXT PAGE__" →

## II. STATEMENT OF CLAIM "PAGE" 

{IN ADMINISTRATIVE CONFINEMENT, REGULAR-OR} INMATES ARE GIVEN AN 1 HOUR OUT USUALLY TO TAKE A SHOWER, GET ON THE KIOSK, AND/OR USE THE PHONE} MS. PARISH FOUND THIS TO BE HUMOROUS AND LAUGHED IT OFF.

MOVING FORWARD, DINNER-FEEDING/CHOW WAS EXTREMELY LATER THAN USUAL. WHEN I RECEIVED MY DINNER-TREY {THAT WAS SUPPOSED TO BE HOT} ICE COLD AS IF IT CAME STRAIGHT FROM OUT OF THE FREEZER, I ADVISED MS. PARISH OF THIS AND IT WAS NONCHALONTLY SHRUGGED OFF. SHE STATED THERE WAS NOTHING THAT SHE COULD DO, SO I ASKED TO SPEAK TO THE SERGEANT ON SHIFT, WHOM NEVER CAME. IT IS A KNOWN FACT THAT THE ONLY WAY TO GET THE SERGEANT {DUE TO THE FACT THE SERGEANT HARDLY EVER, IF EVER MAKES THEIR ROUNDS IN THE DORM} IS TO ACT BELLIGERENT BY EITHER KICKING THE DOOR OR FLOODING YOUR CELL. A PROVOKING TACTIC UTILIZED IN ORDER FOR THEM TO PUT OFF TO THE SIDE THE INITIAL PROBLEM.

NONETHELESS, I BEGAN BEATING ON THE DOOR WHEN OVER AN HOUR GOES BY AND THE SERGEANT NEVER COMES! WHEN I DECIDE TO COVER UP MY CELL DOOR WINDOW {AN IDEA I GOT FROM CELLS #8 & #10 FROM EARLIER AS I EXPLAINED} I FINALLY RECEIVE THEIR ATTENTION. AS I LOOK THROUGH THE TOWEL AND TOILET PAPER BLOCKING MY DOOR, I SEE THE SERGEANT HEADED IN MY CELL DIRECTION ACCOMPANIED BY AT LEAST 3 OTHER OFFICERS {ONE BEING MS. PARISH} IN A CERTAIN MANNER WITH GLOVES ON.            "NEXT PAGE" →

# II. STATEMENT OF CLAIM "PAGE" ③

I quickly took down the towel and paper that was covering up my window, in hopes of finally speaking to the Sergeant. However, he held my cell door and told me to "back up" with a sinister tone. I proceeded to walk to the back of my cell and sat up on my bunk, arms crossed and back against my bunk wall. As all the officers began to enter my cell, the Sergeant immediately {in an aggressive tone} advised me to place my hands on the wall and face it, as the Sergeant wrapped his hands around my shirt and pressed his forearm against the top of my shoulder blade, and told me to "shut the fuck up" when I tried to speak, while the other officers with him rummaged through the very little property I had in my small cell. {The water in my cell had been shut off and they took all my linen/sheets} As the Sergeant conducted his "pat search" he "groped"/"palmed" my "butt" in a manner in such a way that I was alarmed and felt instantly violated! This happened on August 23rd 2021 sometime after dinner-feeding between 7:30-10:30. I'm not sure of time, as there is no visible clock from my cell of GB3-13 at the time. However camera should be reviewed, as well as my report submitted the next day upon calling PREA.

② Today on September 23rd 2021 sometime between 10:30-11:30 will show Ms. McGee's unprofessional conduct as she's carried out the dorm 7D1 by her Sergeant due to her behavior of threats & profanity made towards me, going as far as threatening my life. View camera.

⑤ <u>ANYTHING REASONABLY CLOSE TO REQUESTED RELIEF OR WHATS</u>
<u>MOST SUITABLY SEEN FIT TO REQUESTED RELIEF!</u>

## IV. Jury Demand

Are you demanding a jury trial?   ✓ (Yes)   ___ No

Signed this __23ʳᵈ__ day of __September__, 20-__21__

_____Yves-Gabriel Jeanson_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __SEPTEMBER 23, 2021__

_____Yves-Gabriel Jeanson_____
Signature of Plaintiff

YVES-GABRIEL PRESSOIR-ARREST#: 152101088
MAIN JAIL BUREAU
P.O.BOX 9356
FT. LAUDERDALE, FLORIDA 33310



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE, 8N09
MIAMI, FLORIDA 33128-7716

LEGAL MAIL

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT


FSC MIX Envelope FSC® C137131

This letter originates from
Broward County Jail Facility.
Inmate mail is uncensored and
the Sheriff cannot assume
responsibility for its contents.