UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62069-BLOOM

YVES-GABRIEL PRESSOIR,

    Plaintiff,

v.

BROWARD COUNTY
SHERIFF'S OFFICE, *et al.*,

    Respondent.

                                     /

## **ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On October 4, 2021, Plaintiff Yves-Gabriel Pressoir filed a Complaint pursuant to 42 U.S.C. § 1983, ("Complaint"), ECF No. [1], and an Application to Proceed in District Court without Prepaying Fees or Costs ("Application"), ECF No. [3]. On October 6, 2021, finding that Plaintiff's Application was deficient, the Court denied the Application. ECF No [6] ("Order"). Plaintiff was ordered to either pay the $402 filing fee or refile his Application by November 4, 2021. *Id.* The Court also concluded that Plaintiff's complaint had several deficiencies and granted Plaintiff leave to file an Amended Complaint on or before November 4, 2021. *Id.* At Plaintiff's request, the Court extended the deadlines to December 8, 2021. ECF No. [8].

Under 28 U.S.C. § 1914(a), the Clerk of Court is instructed to require parties instituting a civil action to pay a filing fee. *See id.* Nevertheless, under 28 U.S.C. § 1915(a)(1),

> any court of the United States may authorize the commencement . . . of any suit, action or proceeding, civil or criminal, . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor.

*Id.* (alterations added). Where the Plaintiff is a prisoner, along with the affidavit, "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" is also required. 28 U.S.C. § 1915(a)(2).

To date, Plaintiff has not paid the $402 filing fee or submitted a renewed application to proceed *in forma pauperis* with a copy of the trust fund account statement, nor has Plaintiff sought an extension of time to do so. Plaintiff has also failed to file an Amended Complaint. The Court's Order cautioned that "failure to timely file the amended complaint, pay the filing fee, or file a renewed the motion to proceed *in forma pauperis* will result in dismissal of this case." ECF No. [5] at 9–10.

Accordingly, it **is ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to mark the case as **CLOSED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 14, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Yves-Gabriel Pressoir, *Pro Se*
132101088
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, FL 33310